UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL FRIDMAN, individually and on behalf of all others similarly situated, | Case No. 1:18-cv-21688-GAYLES |
| *Plaintiff*, | **CLASS ACTION** |
| v. | **JURY TRIAL DEMANDED** |
| UBER TECHNOLOGIES, INC., a Delaware corporation, and RASIER, LLC, a Delaware limited liability company, | |
| *Defendants*. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Fridman hereby dismisses this action without prejudice.

Dated: May 7, 2018.

*/s/ Avi R. Kaufman*
Avi R. Kaufman
Florida Bar No. 84382
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com